1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No.  CV 15-01743-RAO<br><br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:    November 30, 2015

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE